

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WBI ENERGY TRANSMISSION, INC., <br> Plaintiff, <br> vs. <br> Easement and Right-of-Way in Big Horn and Yellowstone Counties, Montana, consisting of approximately 12.55 acres, <br> ARVILLA PLAINBULL aka ARVILLA TOWNSEND, UNITED STATES OF AMERICA, and UNKNOWN OWNERS, <br> Defendants. | Cause No. CV 14-130-BLG-SPW <br><br> ORDER STAYING PROCEEDINGS PENDING COURT APPROVAL OF SETTLEMENT AGREEMENT |

WBI Energy Transmission, Inc. has filed a Notice of Settlement and Motion to Stay Proceedings Pending Court Approval, (Doc. 74) wherein Plaintiff notifies the Court of the following:

a) WBI and Mrs. Plainbull have agreed on settlement terms resolving all remaining issues in this case.

1

b) The parties are preparing the final written settlement agreement, and anticipate filing the settlement agreement with the Court for approval within 30 days.

Accordingly, good cause appearing, and there being no objection, IT IS HEREBY ORDERED:

1. Proceedings in this matter are **STAYED**, and the Court's Order Setting Trial (Feb. 14, 2017) (Doc. 65) and all dates established in the order are hereby **VACATED**, such that responses to the parties' pending motions in limine and supporting briefs (Docs. 67, 68, 71, 72) shall not be required.

2. On or before **May 1, 2017**, the parties shall file their settlement agreement with the Court for approval, or status reports establishing good cause for any delay in filing the settlement agreement.

DATED this 30th day of March, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

2