IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

MAR - 2 2018

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| WBI ENERGY TRANSMISSION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> Easement and Right-of-Way Across: <br><br> <u>Township 2 South, Range 29 East</u> <br> Section 34: E1/2SE14, E1/2W1/2SE1/4 <br> Section 35: N1/2SW1/4, NW1/4 <br> <u>Township 5 South, Range 26 East</u> <br> Section 10: SW1/4SW1/4 <br> Section 15: W1/2NW1/4 <br> Section 21: N1/2SE1/4, SE1/4SE1/4 <br> <u>Township 7 South, Range 25 East</u> <br> Section 9: NW1/4SE1/4 <br> <u>Township 6 South, Range 26 East</u> <br> Section 6: S1/2SE1/4 <br> Section 7: All <br> Section 8: W1/2W1/2NW1/4 <br><br> in Big Horn and Yellowstone Counties, Montana; <br><br> ARVILLA PLAINBULL aka ARVILLA TOWNSEND; UNITED STATES OF AMERICA; and UNKNOWN OWNERS; <br><br> Defendants. | CV 14-130-BLG-SPW <br><br> ORDER |

On May 5, 2017, the Court approved the parties' settlement agreement and release and stayed the case pending the grant of the right-of-way and payment of just compensation. (Doc. 79). On July 31, 2017, the parties filed a joint status report that stated the grant of the right-of-way was pending before the Bureau of Indian Affairs. (Doc. 80). To date, the case remains stayed. The parties are hereby ordered to file a joint status report by March 9th, 2018.

DATED the 1st day of March, 2018.

SUSAN P. WATTERS
United States District Judge