IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 29 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| WBI ENERGY TRANSMISSION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> Easement and Right-of-Way in Big Horn and Yellowstone Counties, Montana, consisting of approximately 12.55 acres, <br><br> ARVILLA PLAINBULL aka ARVILLA TOWNSEND, UNITED STATES OF AMERICA, and UNKNOWN OWNERS, <br><br> Defendants. | Cause No. CV 14-130-BLG-SPW <br><br><br> ORDER DISMISSING ACTION |

Upon consideration by the Court of the Stipulated Motion to Dismiss (Doc. 83) filed herein by the parties to this action, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that this matter is DISMISSED in its entirety, each party to bear their own attorney fees and costs.

DATED this 28th day of August, 2018.

SUSAN P. WATTERS
United States District Judge